THE PEOPLE OF THE STATE OF NEW YORK ex rel. ONEONTA
LIGHT AND POWER COMPANY, Appellant, *v.* PUBLIC
SERVICE COMMISSION, SECOND DISTRICT, et al.,
Respondents.

*People ex rel. Oneonta L. & P. Co.* v. *Public Service Commission*,
180 App. Div. 32, appeal dismissed.

(Argued October 3, 1918; decided October 22, 1918.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
January 3, 1918, which confirmed, on certiorari, a deter-
mination of the public service commission, second
district, directing the relator to cease from transmitting

electricity for lighting, heating and power purposes in that portion of the town of Oneonta lying westerly of the city of Oneonta and known as Oneonta Plains.

*J. F. Thompson* for appellant.

*N. P. Willis* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.